In the matter of the estate of JENNIE BANVARD, deceased.

[Argued June 24th, 1914.    Decided October 16th, 1914.]

On appeal from a decree of the court of chancery advised by Vice-Ordinary Lewis, whose opinion is reported *ante p. 286.*

*Mr. Herbert Clark Gilson,* for the appellant.

*Mr. Nathan H. Pendergast,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Lewis.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, PARKER, BERGEN, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, HEPPENHEIMER, WILLIAMS—12.

*For reversal*—None.